IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO: 1:23-mj-109 |
| JOHN MIEHLICH | : | (UNDER SEAL) |

MOTION TO OBTAIN BANK RECORDS

Now comes the United States of America, through its counsel, MAC SCHNEIDER, United States Attorney for the District of North Dakota, by BRANDI SASSE RUSSELL, Assistant United States Attorney, and moves pursuant to Title 28, U.S.C., Section 1651, the All Writs Act, and Title 12 U.S.C., Sections 3407 and 3409, the Right to Financial Privacy Act, for an order directing GREEN DOT CORPORATION and any other related financial institution, credit agency, business, bureau, corporation, or creditor to disclose to investigators of the United States Marshals Service all information in its possession, for the the time period between 11/08/2022 and the date this order was signed, based on and associated with the following names and/or social security numbers and/or account numbers and/or telephone numbers:

Name: John Miehlich
Date of Birth: 07-21-1973
SSN: 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
Address: 6064 Dover Dove Ct, North Las Vegas, Nevada 89081
Telephone Number: 702-713-4929

It is requested that GREEN DOT CORPORATION immediately furnish copies of any applications related to the account, any telephone numbers, emails or email addresses used by the customer related to the account, any available Internet Protocol (I.P.) addresses related to the

customer's access of the account via the internet or online banking, any history of purchases made with said account, any deposit history of the account, and identification of all accounts associated with MIEHLICH and telephone number 701-713-4929.

The government respectfully submits that there are reasonable grounds to believe that the records sought are relevant to a legitimate law enforcement inquiry as is required by Section 3407(1) of Title 12.  The inquiry is the ongoing fugitive investigation of JOHN MIEHLICH being conducted by the United States Marshals Service.  MIEHLICH is charged with Failure to Register as a Sexual Offender, in violation of N.D.C.C. 12.1-32-15(9) and 12.11-32-01(4), and his whereabouts are presently unknown.  MIEHLICH is currently being investigated by the United States Marshals Service for possible violations of 18 USC 2250, Failure to Register as a Sexual Offender.  On 1/10/2003, MIEHLICH was convicted of Sexual Exploitation of Children (Use Child Explicit Sexual Conduct), 6-4-303(b)(ii), in 1st Judicial District Court, Laramie County, Wyoming (Cheyenne).  On 1/16/2008, MIEHLICH was convicted of Lewd or Lascivious Acts with Child Under 14 in Sacramento Superior Court, California.  It is believed that the requested records may lead to information regarding, or contain an indication of, MIEHLICH'S present whereabouts because on 11/8/2022 he signed a rental agreement for Aries (Watford Place Extended Stay) at 2341 Highway 85 N Unit 1706 Rm A, Watford City, ND 58854 and provided the payment information.  It is believed that the requested information and records will lead to the development of leads regarding people who may have information regarding MIEHLICH'S whereabouts.

Pursuant to Title 12, U.S.C., Section 3409, it is requested that the notice requirement of Section 3407(2) of Title 12, be delayed for a period of 90 days.  Such delay is necessary in order to insure that MIEHLICH does not intercept or otherwise receive notice that the bank records are

being sought in an effort to locate him. Should MIEHLICH intercept or otherwise receive such notice, then he would most likely flee his present whereabouts in order to avoid apprehension. Accordingly, premature disclosure of this request would seriously jeopardize the ongoing fugitive investigation of MIEHLICH.

It is also requested that the court order GREEN DOT CORPORATION and any other related financial institution, credit agency, business, bureau, corporation, or creditor and its agents to not disclose the existence of the requested Order or investigation to any person, and that this Motion and the Order be sealed until June 3, 2023.

Respectfully submitted,

MAC SCHNEIDER
UNITED STATES ATTORNEY


By:     *Brandi Sasse Russell*
        BRANDI SASSE RUSSELL
        ASSISTANT UNITED STATES ATTORNEY
        P.O. Box 699
        Bismarck, ND 58502-0699
        (701) 530-2420

<u>VERIFICATION</u>

Pursuant to Title 28, United States Code, Section 1746, I verify under penalty of perjury that the factual statements in the foregoing motion for banking records relating to an ongoing criminal investigation involving JOHN MIEHLICH, are true and correct to the best of my knowledge and belief.

Executed on  03/03/2023

*Amanda Lewis*
AMANDA LEWIS
Deputy United States Marshal